**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:05cv282-v**

| | |
|---|---|
| **ALLIED VAN LINES, INC. et al,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **SUSAN WALTERS,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on its own motion to continue the trial from the 6 November term in the Statesville Division.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from the November 2006 term in the Statesville Division to the 16 January 2007 term in the Statesville Division.

Signed: October 10, 2006

Richard L. Voorhees
United States District Judge